IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KEVIN ALDRIDGE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>H & R ACCOUNTS, INC.,<br><br>　　　　Defendant. | Case No. 17-cv-133-LRR<br><br><br>**NOTICE OF REMOVAL** |

TO: **THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA, CENTRAL DIVISION**, and

**PLAINTIFF ABOVE-NAMED**, and His Attorney, Anne K. Wilson, Anne K. Wilson Law Office, PLLC, 350 Miller Road, Suite 2, Hiawatha, IA 52233

**PLEASE TAKE NOTICE** that Defendant hereby removes the State Court action described below to this Court pursuant to 28 U.S.C. §§ 1331 and 1441, *et seq.*, and respectfully states as follows:

　　1.　　The removed action was commenced no earlier than October 9, 2017, in the Iowa District Court, County of Linn (although the caption states Dubuque County), State of Iowa, and is entitled *Kevin Aldridge v. H&R Accounts, Inc.*, Case No. LACV088836. Attached as Exhibits A, B, and C are true and correct copies of Plaintiff's Original Notice, Petition at Law, and Return of Service.

　　2.　　No further proceedings have occurred in the Iowa District Court in and for Linn County. Defendant, H&R Accounts, Inc., was personally served with the Original Notice and Petition at Law on or after the 10th day of October. This Notice of Removal is, therefore, timely filed within the 30-day period prescribed by 28 U.S.C. 1446(b).

3. This action may be removed from the Iowa District Court for Linn County, in the State of Iowa, pursuant to 28 U.S.C. §§ 1441 and 1331 (federal question jurisdiction), because the Northern District of Iowa is the District embracing the place where the state court action is pending.

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, because the action constitutes a claim by Plaintiff for violation of a federal statute, the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

5. Contemporaneous with the filing of this Notice of Removal, Defendant is serving written notice of the filing of this Removal on the counsel for Plaintiff. A copy of the same has been filed with the Clerk of Court in the Iowa District Court in and for Linn County.

**WHEREFORE**, Defendant removes this action from the Iowa District Court in and for Linn County, Iowa, and respectfully requests any further relief, general or specific, at law or in equity, to which it may be justly entitled.

Dated: November 8, 2017

*/s/ Benjamin P. Roach*
Benjamin P. Roach AT0006588
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899
Telephone: (515) 283-3100
Facsimile: (515) 283-8045
Email: bpr@nyemaster.com

ATTORNEYS FOR DEFENDANT

# CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2017, I presented the foregoing to the Clerk of Court for filing and uploading into the ECF system, which will send notification of such filing to the following:

Anne K. Wilson
ANNE K. WILSON LAW OFFICE, PLLC
350 Miller Road, Suite 2
Hiawatha, IA 52233
Email: awilson@annewilsonlaw.com

ATTORNEY FOR PLAINTIFF

      */s/ Benjamin P. Roach*
Benjamin P. Roach AT0006588
NYEMASTER GOODE, P.C.
700 Walnut, Suite 1600
Des Moines, IA 50309-3899
Telephone: (515) 283-3100
Facsimile: (515) 283-8045
Email: bpr@nyemaster.com

ATTORNEYS FOR DEFENDANT