# IN THE IOWA DISTRICT COURT FOR DUBUQUE COUNTY

| KEVIN ALDRIDGE Plaintiff, v. H & R ACCOUNTS, INC. Defendant. | ORIGINAL NOTICE |
|---|---|

TO THE ABOVE-NAMED DEFENDANT(S):

You are notified that a petition has been filed in the office of the clerk of this court naming you as the Defendant in this action. A copy of the petition (and any documents filed with it) is attached to this notice.

The name and address of the attorney for Petitioner(s) is Anne K. Wilson, Anne K. Wilson Law Office, PLLC, 350 Miller Road, Suite 2, Hiawatha, IA 52233. The attorney's phone number is 319.775.0136; facsimile number: 319.774.3995; Email is awilson@annewilsonlaw.com.

### Instructions to Defendant

1. You **must** file an Answer within 20 days after service of this original notice upon you. If you do not file an Answer within 20 days after receiving this Original Notice, **judgment by default** may be rendered against you for the relief demanded in the petition.
2. This case has been filed in a county that uses electronic filing. You must register to eFile through the Iowa Judicial Branch website at https://www.iowacourts.state.ia.us/Efile and obtain a login and password for filing and viewing documents in your case and for receiving service and notices from the court.
   a. For general rules and information on electronic filing, refer to the Iowa Court Rules Chapter 16 Pertaining to the Use of the Electronic Document Management System, available on the Iowa Judicial Branch website.
   b. For court rules on the Protection of Personal Privacy in court filings, refer to Division VI of the Iowa Court Rules Chapter 16.
   c. If you are unable to proceed electronically, you must receive permission from the court to file in paper. Contact the clerk of court in the county where the Application was filed for more information on being excused from electronic filing.
3. If you electronically file your Answer or Motion, it will be served automatically on Petitioner. A Notice of Electronic Filing (NEF) will tell you if the court has excused Petitioner from electronic filing. If the court has excused Petitioner from electronic filing, you must mail a copy of your Answer or Motion to Petitioner.
4. If you need assistance to participate in court due to a disability, contact the ADA coordinator at (319) 398-3920. Persons who are hearing or speech impaired may call Relay Iowa TTY at 1-800-735-2942. Disability coordinators cannot provide legal advice.

**IMPORTANT NOTICE TO PETITIONER:**
YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS

## STATE OF IOWA JUDICIARY

Case No. LACV088836
County Linn

Case Title KEVIN ALDRIDGE V. H&R ACCOUNTS

THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:
http://www.iowacourts.state.ia.us/Efile

FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16: http://www.iowacourts.state.ia.us/Efile

Scheduled Hearing:

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 398-3920**   . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

Date Issued 10/10/2017 06:49:16 AM



District Clerk of Linn      County
/s/ Bill Wulf

**EXHIBIT A**