IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| KEVIN ALDRIDGE          Plaintiff, v. H & R ACCOUNTS, INC.          Defendant. | Case No. 1:17-cv-0133 STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |
|---|---|

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) H&R Accounts, Inc. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Date: November 14, 2017

*Anne K. Wilson* (signature)

Anne K. Wilson, AT0008621
ANNE K. WILSON LAW OFFICE, PLLC
350 Miller Road, Suite 2
Hiawatha, IA 52233
319.775.0136; fax 319.775.0136
awilson@annewilsonlaw.com
ATTORNEY FOR PLAINTIFF

Benjamin P. Roach AT0006588
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899
Telephone: (515) 283-3100
Facsimile: (515) 283-8045
Email: bpr@nyemaster.com
ATTORNEYS FOR DEFENDANT